## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MICHIGAN

EASTPOINTE DWC, L.L.C., d/b/a
DETROIT WING COMPANY, a
Michigan limited liability company,

        Plaintiff,               Case No. 2:19-cv-13768

    v.

WING SNOB INC. a Michigan          Hon. Nancy G. Edmunds
corporation and WING SNOB
FRANCHISING, LLC, a Michigan
limited liability company,

        Defendants.

_____

## STIPULATED ORDER OF DISMISSAL

      This Stipulated Order of Dismissal comes before the Court on stipulation of the parties through the undersigned counsel.  The parties have reached a settlement resolving all claims between the parties in this litigation. (*See* June 1, 2022 Minute Entry.)  Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Eastpointe DWC LLC, d/b/a Detroit Wing Company, and Defendants, Wing Snob Inc. and Wing Snob Franchising LLC, submit this Stipulated Order for Dismissal.  The Court, being fully advised in the premises;

      **HEREBY ORDEREDS** that all claims brought by Plaintiff in this matter are dismissed, *with prejudice*, and without costs to either party.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the terms of the parties' settlement, should a future dispute arise relating to the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated:  June 29, 2022                    s/ Nancy G. Edmunds
                                         Hon. Nancy G. Edmunds
                                         United States District Court Judge

**APPROVED FOR ENTRY:**

/s/ *Kory M. Steen*
Kory M. Steen (P83170)
500 Woodward Ave., Ste. 4000
Detroit, Michigan 48226
Phone: (313) 223-3500
Fax: (844) 670-6009
Email: jmartone@dickinsonwright.com
*Attorney for Plaintiff*

/s/ *Linda J. Roelans (with permissions)*
Linda J. Roelans (P82818)
2145 Crooks Road, Suite 220
Troy, Michigan 48084
Phone: (248) 385-5481
Fax: (248) 480-4936
Email: linda@rossmanpc.com
*Attorney for Defendants*

4876-6085-7126 v1 [101958-1]